UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

MAY 28 2026

AT LONDON
Robert R. Carr
CLERK US. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:26-CR-75-REW-HAI



DARYL E. ADKINS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

Beginning on or about a date in March 2026, the exact date unknown, and continuing through on or about April 14, 2026, in Pike County, in the Eastern District of Kentucky, and elsewhere,



DARYL E. ADKINS

did conspire together and with others to knowingly and intentionally distribute controlled substances, including 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and a mixture or substance containing a detectable amount of fentanyl, each a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about April 14, 2026, in Pike County, in the Eastern District of Kentucky,



, and DARYL E. ADKINS

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute controlled substances, including 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and a mixture or substance containing a detectable amount of fentanyl, each a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

FOREPERSON

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

ANDREW H. TRIMBLE
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNTS 1-2

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **If responsible for 500 grams or more of a mixture of substance containing a detectable amount of methamphetamine:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.